**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE APPLICATION OF CABLE NEWS NETWORK, INC., et al., FOR ACCESS TO CERTAIN SEALED VIDEO EXHIBITS | Case No. 1:21-mc-34-TFH |

## NOTICE

On March 24, 2021, Cable News Network, Inc., American Broadcasting Companies, Inc. d/b/a ABC News, The Associated Press, Buzzfeed, Inc. d/b/a BuzzFeed News, CBS Broadcasting Inc. o/b/o CBS News, Dow Jones & Company, Inc., publisher of The Wall Street Journal, Gannett Co., Inc., Gray Media Group, Inc., National Public Radio, Inc., NBCUniversal Media, LLC d/b/a NBC News, The New York Times Company, Pro Publica, Inc., Tegna, Inc., and WP Company LLC, d/b/a the Washington Post (together, the "Press Coalition") filed an expedited motion for access to sealed videos that were shown in open court during Defendant George Pierre Tanios's March 22, 2021 pretrial detention hearing in Case No. 21-cr-222.

The Press Coalition now respectfully notifies the Court that its counsel conferred with Defendant's counsel regarding this access motion. Defendant takes no position on the motion at this time and does not intend to file a response unless the Court instructs him to do so.

Dated: April 2, 2021

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200 | Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com

*Counsel for the Press Coalition*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April 2021, I caused true and correct copies of the foregoing to be served via electronic mail and U.S. Mail on the following:

Anthony F. Scarpelli
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
anthony.scarpelli@usdoj.gov

Gilead I. Light
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street NW, Suite 4832
Washington, DC 20816
gilead.light@usdoj.gov

*Counsel for the United States*


Elizabeth B. Gross
L. Richard Walker
Federal Public Defender Office-Clk.
The Huntington Bank Bldg.
230 W. Pike St., Suite 360
Clarksburg, WV 26302
beth_gross@fd.org
richard_walker@fd.org

*Counsel for Defendant George Pierre Tanios*

    /s/ *Charles D. Tobin*
    Charles D. Tobin (#455593)

2