UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE APPLICATION OF CNN, ABC NEWS, THE ASSOCIATED PRESS, BUZZFEED NEWS, CBS NEWS, DOW JONES, GANNETT, GRAY MEDIA GROUP NATIONAL PUBLIC RADIO, NBC NEWS, THE NEW YORK TIMES, PRO PUBLICA, TEGNA, and THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED VIDEO EXHIBITS | : : : : : : : | No. 21-mc-34 |

## UNITED STATES' SUPPLEMENTAL RESPONSE TO EXPEDITED MOTION FOR PUBLIC ACCESS TO CERTAIN SEALED VIDEO EXHIBITS

The United States of America hereby submits this supplemental response to the Expedited Motion for Access to Certain Sealed Video Exhibits. The government continues to oppose the public release and dissemination of the videos that were obtained from the U.S. Capitol's closed-circuit video system and were introduced at defendant George Tanios's detention hearing in the Northern District of West Virginia. However, the government withdraws its objection to the public release of the videos introduced at Tanios's detention hearing that were obtained from Metropolitan Police Department officers' body-worn cameras ("BWC"). The BWC videos were introduced as at the hearing as Exhibits 6, 7, and 10.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: _____
Dineen A. Baker, D.C. Bar No. 487820
Assistant United States Attorney
202-252-6954
*dineen.baker@usdoj.gov*