# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF CNN, ABC NEWS, THE ASSOCIATED PRESS, BUZZFEED NEWS, CBS NEWS, DOW JONES, GANNETT, GRAY MEDIA GROUP NATIONAL PUBLIC RADIO, NBC NEWS, THE NEW YORK TIMES, PRO PUBLICA, TEGNA, and THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED VIDEO EXHIBITS | No. 21-mc-34 |

## UNITED STATES' SECOND SUPPLEMENTAL RESPONSE TO EXPEDITED MOTION FOR PUBLIC ACCESS TO CERTAIN SEALED VIDEO EXHIBITS

The United States of America hereby submits this second supplemental response to the Press Coalition's Motion for Access to Certain Sealed Video Exhibits. The government herby withdraws its opposition to the Press Coalition's request to obtain the video exhibits that were introduced at defendant George Tanios's detention hearing in the Northern District of West Virginia. The videos have been provided to this Court in case number 21-cr-222 and will also be provided to the Press Coalition.

The United States additionally requests that the hearing currently scheduled for Thursday, April 29, 2021, be vacated as there is no longer any issue in dispute.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: _____
Dineen A. Baker
D.C. Bar No. 487820
Assistant United States Attorney
202-252-6954
*dineen.baker@usdoj.gov*